UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE,<br>    Plaintiff,<br>v.<br>JUM GLOBAL, LLC,<br>    Defendant. | Case No.16-cv-01462-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br>Re: Dkt. Nos. 76, 77 |

The parties advise that they have settled this matter and expect to dismiss this entire action by late May 2019. Dkt. Nos. 76, 77.

All previously scheduled deadlines and appearances remain as set by the Court, pending filing of a stipulated dismissal. Dkt. No. 72.

By **April 9, 2019**, the parties shall file a status report advising as to (1) the status of their activities in finalizing settlement; and (2) whether they anticipate this matter to be dismissed by late May, as projected.

On or before **May 31, 2019**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **June 11, 2019**, **10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **June 4, 2019** advising as to (1) the status of their activities in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and

file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: January 10, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge